# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Angela Butler,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-00723 |
| | ) |
| **NCB Management Services, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DEFENDANT, NCB MANAGEMENT SERVICES, INC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, NCB Management Services, Inc. ("NCB"), through counsel and pursuant to Fed. R. Civ. P. 7.1, hereby states:

1. Fed. R. Civ. P. 7.1(a)(1) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation."

2. NCB Management Services, Inc. is a privately held corporation. No publicly held corporation owns 10% or more of its stock.

Date: May 29, 2024

Respectfully submitted,

*/s/ Bradley J. St. Angelo*
Bradley J. St. Angelo, Esq.
Sessions, Israel & Shartle
Lakeway Three, Suite 2800
3838 North Causeway Boulevard
Metairie, LA  70002-7227
Telephone: (504) 846-7905

                                                Facsimile:  (504) 828-3737
                                                Email: bstangelo@sessions.legal

                                                *Counsel for Defendant,*
                                                *NCB Management Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2024, a copy of the foregoing was filed electronically via CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

                                                */s/ Bradley J. St. Angelo*
                                                Bradley J. St. Angelo, Esq.