UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00723-JRS-MG ) |
| NCB MANAGEMENT SERVICES, INC., | ) ) |
| Defendant. | ) ) |

**Order Directing Filing of Documents Authorizing Dismissal**

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

So ORDERED.

Date: 5/31/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel